# RIMÖN<sub>PC</sub>

BOSTON | CHICAGO | LAKE TAHOE | LOS ANGELES | MINNEAPOLIS | NEW YORK
NORTHERN VIRGINIA | ORANGE COUNTY | ORLANDO | PALO ALTO | SAN DIEGO
SAN FRANCISCO | SEATTLE | SOUTH FLORIDA | TEL AVIV | WASHINGTON, D.C.
www.rimonlaw.com

April 27, 2016

*VIA FEDEX*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 8 2016 ★

**BROOKLYN OFFICE**

Clerk's Office
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Alan L. Frank Law Associates, P.C. v. OOO RM Invest, et al.*
Case No. 16-CV-00878 (SJF) (ARL)

Dear Clerk:

Enclosed please find an original and two copies of a Notice of Motion to Admit Counsel *Pro Hac Vice*, along with my affidavit and proposed order.  The case name and docket number are referenced above. Also enclosed is a check for the *pro hac vice* filing fee in the amount of $150.

Please file the motion and return a file endorsed copy to my office in the enclosed, pre-paid return FedEx envelope.

Sincerely,

Richard J. Mooney

RJM:lv
Enclosures

cc:  Magistrate Judge Arlene R. Lindsay (w/ enclosures)

RICHARD MOONEY | ONE EMBARCADERO CENTER, SUITE 400, SAN FRANCISCO, CA 94111
P: 415.539.0443 | P: 800.930.7271 ext. 246 | F: 800.930.7271 | richard.mooney@rimonlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**ALAN L. FRANK LAW ASSOCIATES,**
**P.C.**

No. 16-CV-00878 (SJF) (ARL)

**Plaintiff,**

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

v.

**OOO RM INVEST, et al.,**

**Defendants.**

---

TO:  Alan L. Frank
     Alan L. Frank Law Associates, P.C.
     135 Old York Road
     Jenkintown, PA  19046
     afrank@alflaw.net


     Samuel Martin Sheldon
     The Behar Law Firm, P.A.
     17501 Biscayne Blvd.j, Suite 460
     North Miami Beach, FL 33160
     sms@beharlegal.com


PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule

1.3© of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a partner with the firm of

Rimon P.C. and a member in good standing of the Bar of the State of California, as attorney *pro*

*hac vice* to argue or try this case in whole or in part as counsel for defendants Sasha Schmidt

and Sergey Pirozhnikov. There are no pending disciplinary proceedings against me in any State

or Federal court.

Respectfully submitted,

Richard J. Mooney
Rimon P.C.
One Embarcadero Center #400
San Francisco, CA 94111
richard.mooney@rimonlaw.com
415.539.0443

Dated: April 27, 2016

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**ALAN L. FRANK LAW ASSOCIATES,**
**P.C.**

          **Plaintiff,**

    v.

**OOO RM INVEST, et al.,**

          **Defendants.**

---

No. 16-CV-00878 (SJF) (ARL)

AFFIDAVIT OF RICHARD J. MOONEY IN
SUPPORT OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

RICHARD J. MOONEY, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Rimon P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

1

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendants Sasha Schmidt.

Respectfully submitted,

Dated: April 27, 2016

Richard J. Mooney
Rimon P.C.
One Embarcadero Center #400
San Francisco, CA 94111
richard.mooney@rimonlaw.com
415.539.0443

## ACKNOWLEDGMENT BY NOTARY PUBLIC

State of California      )
                         )    ss:
County of San Francisco  )

On _____ before me, _____, NOTARY PUBLIC, personally appeared Richard J. Mooney, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal.

_____

My Commission Expires: _____

See attached.

# California All-Purpose Certificate of Acknowledgment

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** _San Francisco_ } s.s.

On _April 27, 2016_ before me, _Debora A. Rosman_, Name of Notary Public, Title

personally appeared _Richard J. Mooney_

Name of Signer (1)

_____
Name of Signer (2)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Debora A. Rosman_

Signature of Notary Public

DEBORA A. ROSMAN
COMM. #2096717
Notary Public - California
San Francisco County
My Comm. Expires Jan. 2, 2019

Seal

------------------ OPTIONAL INFORMATION ------------------

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a

document titled/for the purpose of _____

_____

containing _____ pages, and dated _____.

The signer(s) capacity or authority is/are as:

☐ Individual(s)
☐ Attorney-in-fact
☐ Corporate Officer(s) _____
                              Title(s)

_____

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
          Name(s) of Person(s) Entity(ies) Signer is Representing

### Additional Information

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:

☐ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:

      Page # _____   Entry # _____

Notary contact: _____

**Other**

☐ Additional Signer   ☐ Signer(s) Thumbprints(s)

☐ _____

© 2009-2015 Notary Learning Center - All Rights Reserved       You can purchase copies of this form from our web site at www.TheNotarysStore.com

# EXHIBIT A

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 20, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RICHARD JAMES MOONEY, #176486 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

**ALAN L. FRANK LAW ASSOCIATES,
P.C.**

                 **Plaintiff,**

       **v.**

**OOO RM INVEST, et al.,**

                **Defendants.**

No. 16-cv-00878 (SJF) (ARL)

ADMISSION TO PRACTICE *PRO HAC VICE*

---

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Richard J. Mooney is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants Sasha Schmidt and Sergey Pirozhnikov.

This Order becomes effective upon the Court's receipt of the required $150 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:  April 27, 2016

_____
United States District Judge

cc:    Richard J. Mooney
       Court File

&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653101234
Cashier ID: tavarez
Transaction Date: 04/29/2016
Payer Name: Rimon, P.C.
----------------------------------
PRO HOC VICE
 For: Richard J. Mooney
 Case/Party: D-NYE-1-16-LB-000001-002
 Amount:        $150.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $150.00
----------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

16-CV-00878