UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-22484-CIV-ALTONAGA/O'SULLIVAN

ALAN L. FRANK LAW ASSOCIATES,

P.C.,

Plaintiff,

v.

OOO RM INVEST, *et al.*,

Defendants.

_____/

# MAJORITY OWNERS' FRCP 26(a)(3) DISCLOSURES

        RIMON LAW, P.A.
        112 Via Castilla
        Jupiter, FL 33458
        (561) 935-9678
        *Attorneys for Defendants*
        *Sasha Schmdt, Sergey*
        *Pirozhnikov, and potentially*
        *OOO RM Invest*

Defendants Sasha Schmdt and Sergey Pirozhnikov (collectively, the "Majority Owners") make the following disclosures pursuant to FRCP 26(a)(3):

**FRCP 26(a)(3)(A)(i)**

The Majority Owners expect to present the following witnesses at trial:

Alexander Degtev

Alan Frank

Zahar Katcaev

Eugene Khavinson

Sergey Pirozhnikov

Sasha Schmdt

There are no additional witnesses that the Majority Owners currently believe they may call if the need arises.

**FRCP 26(a)(3)(A)(ii)**

The Majority Owners expect to present deposition testimony from the July 23, 2015 and July 24, 2015 depositions of Mr. Katcaev (the latter of which having been taken in his representative capacity).

**FRCP 26(a)(3)(A)(iii)**

The Majority Owners expect to offer the following documents or other exhibits at trial:

| **Exhibit** |
|---|
| 1.  Putative meeting minutes dated April 8, 2016 |
| 2.  June 23, 2014 Deposition Transcript of Mr. Katcaev |
| 3.  July 23, 2015 Deposition Transcript of Mr. Katcaev |
| 4.  July 13, 2012 OOO RM Invest – Net Element Agreement |
| 5.  July 13, 2012 Information Letter executed by Mr. Katcaev |
| 6.  August 19, 2015 Affidavit of Mr. Katcaev |
| 7.  September 29, 2015 Settlement Agreement |
| 8.  Settlement Distribution Sheet |
| 9.  July 25, 2016 Declaration of Richard Mooney (Doc. #87-1) |
| 10. April 29, 2016 Order of K.M. Prudnichenko |
| 11. April 28, 2016 Minutes of extraordinary general meeting |
| 12. May 31, 2016 Translation of Extract from the Unified State Register of Legal Entities |
| 13. February 8, 2016 Notifications of General Meeting (and translations) |
| 14. All documents filed in this action |
| 15. All documents exchanged in discovery |
| 16. All documents filed in the underlying action |
| 17. All documents identified on Plaintiff's Exhibit List |
| 18. All documents identified on Katcaev/Varwood's Exhibit List |

There are no additional documents or other exhibits that the Majority Owners currently believe they may offer if the need arises.

Dated: January 9, 2017

RIMON LAW, P.A.

/s/ *Natasha B. Dorsey*
Natasha B. Dorsey (FL Bar No.: 099383)
natasha.dorsey@rimonlaw.com
Richard Mooney (*pro hac vice*)
richard.mooney@rimonlaw.com
RIMON LAW, P.A.
112 Via Castilla
Jupiter, FL  33458
Telephone: (561) 935-9678
Fax: (800) 930-7271

*Attorneys for Defendants*
SASHA SCHMDT, SERGEY
PIROZHNIKOV, and potentially OOO RM
INVEST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 9, 2016**, a true and correct copy of the foregoing was filed via PACER, and a complete copy of that filing, including notice of proof of filing was served via email addressed to the below counsel of record.

**Alan L. Frank**
Alan L. Frank (NY Bar No. 4211744)
Alan L. Frank Law Associates, P.C.
135 Old York Rd.
Jenkintown, PA  19046
(215) 935-1000
Fax: (215) 935-1110
Email: afrank@alflaw.net

**Steven Herzberg**
Vazquez & Associates
200 S. Biscayne Blvd.
Miami, Florida 33131
sh@gvazquez.com
la@gvazquez.com
gv@gvazquez.com
yo@gvazquez.com
info@gvazquez.com

**Samuel Martin Sheldon**
Samuel Martin Sheldon (FL Bar No. 54088)
The Behar Law Firm, P.A.
17501 Biscayne Blvd
Suite 460
North Miami Beach, FL 33160
786-735-3300
Fax: 786-735-3307
Email: sms@beharlegal.com