UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 2:17-CV-01338-NGG-LGD

ALAN L. FRANK LAW ASSOCIATES, P.C.,

     Plaintiff,

v.

OOO RM INVEST, et al.,

     Defendants.

_____/

OOO-RM INVEST, VARWOOD HOLDINGS
LTD. and TCAHAI HAIRULLAEVICH
KATCAEV,

     Counter Plaintiffs,

v.

ALAN L. FRANK LAW ASSOCIATES, P.C.
ALAN L. FRANK and EUGENE A.
KHAVINSON,

     Counter Defendants.

_____/

## STIPULATION FOR ORDER OF DISMISSAL OF CLAIM OF PLAINTIFF ALAN L. FRANK LAW ASSOCIATES, P.C.

Plaintiff ALAN L. FRANK LAW ASSOCIATES, P.C., and Defendants OOO-RM INVEST, VARWOOD HOLDINGS LTD., TCAHAI HAIRULLAEVICH KATCAEV, SASHA SHMIDT and SERGEI PIROZNIKOV, by and through the undersigned counsel,, hereby stipulate and agree that the Claims brought by the Plaintiff ALAN L. FRANK LAW ASSOCIATES, P.C. for interpleader are resolved. Plaintiff ALAN L. FRANK LAW ASSOCIATES, P.C. is hereby discharged from any further responsibility herein and that the Claims be dismissed.

| | |
|---|---|
| **Alan L. Frank Law Associates, P.C.**<br>Alan L. Frank, Esq.<br>Samantha A. Millrood, Esq.<br>135 Old York Road<br>Jenkintown, PA 19046<br>Tel: 215.935.1000<br>E-Mail: afrank@alflaw.net<br>E-Mail: SMillrood@alflaw.net<br>E-Mail: efrank@alflaw.net<br><br><br>BY: *s/ Alan L. Frank*<br>　　Alan L. Frank, Esq.<br>　　*Attorneys for Plaintiff Alan L. Frank*<br>　　*Law Associates, P.C.*<br><br><br>DATED: October 13, 2022 | **The Behar Law Firm, P.A.**<br>Howard R. Behar, Esq.<br>Samuel M. Sheldon, Esq.<br>1801 N.E. 123rd Street, Suite 314<br>North Miami, FL 33181<br>Tel: 786.735.3300<br>Fax: 786.735.3307<br>E-Mail: sms@beharlegal.com<br>E-Mail: hrb@beharlegal.com<br>E-Mail: np@beharlegal.com<br><br>BY: *s/ Samuel M. Sheldon*<br>　　Samuel M. Sheldon, Esq.<br>　　*Attorneys for 000 RM Invest, Katcaev*<br>　　*& Varwood*<br><br><br>DATED: October 13, 2022 |
| **Litchfield Cavo LLP**<br>Geralyn M. Passaro, Esq<br>Radice Corporate Center<br>600 Corporate Drive, Suite 600<br>Fort Lauderdale, Florida 33334<br>954.689.3000 - Office<br>954.689.3001 – Facsimile<br>E-Mail: Passaro@litchfieldcavo.com<br>E-Mail: spector@litchfieldcavo.com<br>E-mail: Donaldson@litchfieldcavo.com<br><br><br>BY: *s/ Geralyn M. Passaro*<br>　　Geralyn M. Passaro, Esq.<br>　　*Attorneys for Counter Defendant Alan F.*<br>　　*Frank Law Associates, P.C. & Alan L.*<br>　　*Frank, individually*<br><br>DATED: October 13, 2022 | **RJM Litigation Group**<br>Richard J. Mooney, Esq.<br>505 Montgomery Street Floor 11<br>San Francisco CA 94111<br>Tel: 415-30703021<br>E-Mail: Richard.mooney@rjmlitigation.com<br><br><br><br><br><br><br><br>BY: *s/ Richard J. Mooney*<br>　　Richard J. Mooney, Esq.<br>　　*Attorneys for Schmdt & Piroznikov*<br><br><br>DATED: October 13, 2022 |

**So Ordered.**
s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 10/14/22