# THE BEHAR LAW FIRM
### A PROFESSIONAL ASSOCIATION
1801 NE 123rd Street, Suite 314, North Miami, FL 33181-2883
Telephone: 786.735.3300   Facsimile: 786.735-3307

Howard R. Behar

Samuel M. Sheldon

Alex D. Sirulnik, P.A. of Counsel

E-mail: HRB@beharlegal.com

E-mail: SMS@beharlegal.com

E-mail: ADS@sirulniklaw.com

April 18, 2023

**Via CM/ECF**

Hon. Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:   Alan L. Frank Law Associates, P.C. v. OOO RM Invest, *et al.*
      Case No. 2:17-cv-01338-LGD

Dear Judge Dunst:

Undersigned counsel represents Defendants/Cross-Plaintiffs, OOO RM Invest ("**RM**"), Varwood Holdings, Ltd. ("**Varwood**"), and Tcahai Katcaev ("**Katcaev**") (collectively, the "**Settling Parties**") in the above-referenced interpleader action.

The Settling Parties hereby respectfully move the Court for an order reconsidering and vacating its Order dated April 17, 2023 extending Defendants Sasha Schmdt and Sergey Pirozhnikov's time to file a letter brief regarding the permissible scope of testimony to be offered by the Settling Parties' expert, Anna Kostyra.

This Court may reconsider and modify a prior order "to correct a clear error or prevent manifest injustice." *Suffolk Fed. Credit Union v. Cumis Ins. Soc'y, Inc.*, 958 F.Supp.2d 399 (E.D.N.Y. 2013).

The Settling Parties respectfully submit that it is manifestly unjust under the circumstances to grant Schmdt and Piroznhikov additional time to file their letter brief.

The Court's April 4, 2023 Order [ECF No. 398] provided each of the parties until April 14, 2023 to submit a letter brief regarding the permissible scope of Ms. Kostyra's expert testimony – *i.e.*, the parties were to submit their letter briefs *simultaneously*, with neither party having the benefit of knowing and being able to respond to what the other party had written.

Insofar as that Order permitted Schmdt and Piroznhkov to essentially file an untimely *Daubert* motion to which the Settling Parties would have no opportunity to respond, this was already unfair to the Settling Parties.

Whereas the Settling Parties abided by the Court's order and submitted a timely letter brief [ECF No. 401], Schmdt and Pirozhnikov did not.

Critically, Schmdt and Pirozhnikov did not request any extension in advance, for which they would need to show "good cause"; and did not request any extension after the passage of the deadline, for which they would need to show both good cause *and* excusable neglect. *See* Fed. R. Civ. P. 6(b).

And yet, despite Schmdt and Pirozhnikov missing the deadline (which is the latest in a long history of missed deadlines), and failing to request an extension, show good cause for an extension, or show excusable neglect for failing to request an extension in advance, the Court granted them an extension *sua sponte*. In doing so, the Court bestowed upon Schmdt and Pirozhnikov the undeserved advantages of not just additional time, but also of knowing the contents of and being able to respond to the Settling Parties' letter brief; and in doing so put the Settling Parties at an unfair disadvantage.

The manifest injustice of allowing Schmdt and Pirozhnikov additional time to lodge an objection to Ms. Kostyra's proposed testimony is even more apparent given the fact (discussed in the Settling Parties' letter brief) that Schmdt and Pirozhnkikov have known the substance of Ms. Kostyra's proposed testimony since the filing of her written opinion in *April 2016*, and have *never* raised any objection to same.

Consequently, the Settling Parties respectfully submit that the Court should treat Schmdt and Pirozhnikov's failure to meet the April 14th deadline as a definitive waiver of any objection to Ms. Kostrya's proposed testimony and not as grounds for granting them additional accommodations that were never even requested.

WHEREFORE, Defendants/Cross-Plaintiffs, OOO RM Invest, Varwood Holdings, Ltd., and Tcahai Katcaev respectfully request that the Court enter an order reconsidering and vacating its April 17, 2023 Order, deeming any objections by Schmdt and Pirozhnikov to Ms. Kostyra's proposed testimony to be waived, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
THE BEHAR LAW FIRM, P.A.

*s/ Samuel M. Sheldon*
Howard R. Behar
Samuel M. Sheldon

cc:    Richard J. Mooney, Esq.,
       Attorney for Sasha Shmdt and Sergey Pirozhnikov
       Via CM/ECF