UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALAN L. FRANK LAW ASSOCIATES, P.C.,

                    Plaintiff,                No. 17-CV-1338 (LGD)

v.

OOO RM INVEST, VARWOOD HOLDINGS,
LTD., TCAHAI HAIRULLAEVICH KATCAEV,
SASHA SCHMDT, and SERGEY PIROZHNIKOV,

                    Defendants.

--------------------------------------------------------X

## PROPOSED SPECIAL JURY QUESTIONS

Defendants/Cross-Plaintiffs, OOO RM INVEST ("**RM**"), VARWOOD HOLDINGS,

LTD. ("**Varwood**"), and TCAHAI HAIRULLAEVICH KATCAEV ("**Katcaev**") (collectively,

the "**Settling Parties**"), Defendant/Cross-Defendant SASHA SCHMDT ("**Schmdt**") and

Defendant SERGEY PIROZHNIKOV ("**Pirozhnikov**") through undersigned counsel and

pursuant to Rule 49, Fed. R. Civ. P., and the Court's Order dated April 3, 2023 [ECF No. 398],

hereby file the following Proposed Special Jury Questions[1]:

---

[1] The parties expect that this document may require revision depending on the Court's ruling(s) following the hearing scheduled for June 1, 2023.

1.a  Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the Settlement Proceeds Division Agreement is associated with the alienation by RM Invest of assets whose value comprises more than 25 percent of the value of the company's property, estimated on the basis of accounting data?

Yes  _____

No  _____

If your answer to question 1.a. is YES, then answer question 1.b. If your answer to question 1.a. is NO, then skip questions 2 and 3 and proceed to Part III.

1.b.  Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the Settlement Proceeds Division Agreement was not completed in the process of RM Invest's usual economic activity?

Yes  _____

No  _____

If your answer to questions 1.b. is YES, then answer 2. If you answered NO to either part of question 1, then skip questions 2 and 3 and proceed to Part III.

2.  Did RM Invest and Varwood Holdings prove by a preponderance of the evidence that the Settlement Proceeds Division Agreement was approved at a general meeting of RM Invest's participants?

Yes  _____

No  _____

If your answer to question 2 is YES, then skip Part II and proceed to Part III. If you answered NO to question 2, then proceed to Part II.

Only answer question 3 if you answered YES to questions 1.a and 1.b and NO to question 2.

3.      State what percentage of the funds in the Court's Registry should be disbursed to each of RM Invest and Varwood Holdings. The combined amounts should be equal to 100 percent.

RM Invest                 _____

Varwood Holdings     _____

After answering question 3, please proceed to Part III.

4.      Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the Registry Funds belonging to RM Invest should not be paid to RM Invest, but should instead be paid to Mr. Schmdt, Mr. Pirozhnikov, and Mr. Katcaev in proportion to their participation interests in RM Invest as of October 2015 (*i.e.*, 50%, 25%, and 25% respectively)?

Yes      _____

No      _____

After answering question 4, please proceed to Part IV.

**PART IV**

5.      Should, in fairness and good conscience, Mr. Schmdt be allowed to retain the $272,507.02 of proceeds from his sale of the stock he received from the October 2015 settlement?

        Yes     _____

        No      _____

If your answer to questions 5 is YES, your verdict is in favor for Mr. Schmdt. If your answer to question 5 is NO, your verdict is for RM Invest, Varwood Holdings, and Mr. Katcaev for $272,507.02 plus interest from April 16, 2016.

SO SAY WE ALL.

        Date:_____, 2023          _____
                                          Foreperson's Signature

Dated: May 26, 2023

Respectfully Submitted,

THE BEHAR LAW FIRM, P.A.
*Counsel for the Settling Parties*
1801 N.E. 123rd St., Suite 314
North Miami, Florida 33181
Tel. (786) 735-3300
Fax (786) 735-3307
sms@beharlegal.com
np@beharlegal.com

*s/ Samuel M. Sheldon*
**Howard R. Behar**
**Samuel M. Sheldon**

RJM Litigation Group
*Counsel for Sasha Schmdt and Sergey Pirozhnikov*
201 St. Charles Ave. #2500
New Orleans, LA 70170
(office) 415.874.3711
(cell) 415.307.3021
Richard.mooney@rjmlitigation.com

*s/ Richard J. Mooney*
**Richard J. Mooney**