UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ALAN L. FRANK LAW ASSOCIATES, P.C.,

                Plaintiff,                        No. 17-CV-1338 (LGD)

v.

OOO RM INVEST, VARWOOD HOLDINGS,
LTD., TCAHAI HAIRULLAEVICH KATCAEV,
SASHA SCHMDT, and SERGEY PIROZHNIKOV,

                Defendants.

----------------------------------------------------------X

## SPECIAL JURY QUESTIONS

### PART I

**Question 1.a:**
Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the
Settlement Proceeds Division Agreement is associated with the alienation by RM Invest of assets
whose value comprises more than 25 percent of the value of the company's property, estimated
on the basis of accounting data?

        Yes    _____

        No    __✓__

**If your answer to question 1.a is YES, then answer question 1.b. If your answer to question
1.a. is NO, then SKIP questions 1.b, 2 and 3 and proceed to Part III.**

**Question1.b:**
Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the
Settlement Proceeds Division Agreement was not completed in the process of RM Invest's usual
economic activity? [**You should answer this question ONLY if you answered YES to
question 1.a.**]

        Yes    _____

        No    _____

**If your answer to both questions 1.a and 1.b is YES, then answer 2. If you answered NO to
either part of question 1, then skip questions 2 and 3 and proceed to Part III.**

**Question 2:**
Did RM Invest and Varwood Holdings prove by a preponderance of the evidence that the Settlement Proceeds Division Agreement was approved at a general meeting of RM Invest's participants? **[You should answer this question ONLY if you answered YES to both questions 1.a and 1.b]**

Yes _____

No _____

**If your answer to question 2 is YES, then skip Part II and proceed to Part III. If you answered NO to question 2, then proceed to Part II.**

## PART II

**You should ONLY answer question 3 if you answered YES to both questions 1.a and 1.b and NO to question 2.**

**Question 3:**
State what percentage of the deposited funds in the Court's Registry should be disbursed to each of RM Invest and Varwood Holdings. The combined amounts should be equal to 100 percent.

RM Invest _____%

Varwood Holdings _____%

**After answering question 3, please proceed to Part III.**

## PART III

**Question 4:**
Did Mr. Schmdt and Mr. Pirozhnikov prove by a preponderance of the evidence that the deposited funds in the Court's Registry belonging to RM Invest should not be paid to RM Invest, but should instead be paid to Mr. Schmdt, Mr. Pirozhnikov, and Mr. Katcaev in proportion to their participation interests in RM Invest as of October 2015 (specifically, 50% to Mr. Schmdt, 25% to Mr. Pirozhnikov, and 25% to Mr. Katcaev)?

Yes ✓_____

No _____

**After answering question 4, please proceed to Part IV.**

# PART IV

**Question 5:**
Should, in fairness and good conscience, Mr. Schmdt be allowed to retain the $272,507.02 of proceeds from his sale of the stock he received from the October 2015 settlement?

Yes  _____

No  ✓

**If your answer to questions 5 is YES, your verdict is in favor for Mr. Schmdt. If your answer to question 5 is NO, your verdict is for RM Invest, Varwood Holdings, and Mr. Katcaev for $272,507.02 plus interest since April 16, 2016.**

So Say We All.

Date: 6/29/23 , 2023

_____
Foreperson's Signature