UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALAN L. FRANK LAW ASSOCIATES, P.C.,

                Plaintiff,                      No. 17-CV-1338 (LGD)

v.

OOO RM INVEST, VARWOOD HOLDINGS,
LTD., TCAHAI HAIRULLAEVICH KATCAEV,
SASHA SCHMDT, and SERGEY PIROZHNIKOV,

                Defendants.

--------------------------------------------------------X

## <u>STIPULATED FINAL JUDGMENT</u>

**THIS CAUSE** comes before the Court upon the agreement of the parties. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Final Judgment is **ENTERED** in favor of Defendants OOO RM INVEST ("RM"), VARWOOD HOLDINGS, LTD. ("Varwood"), SASHA SCHMDT ("Schmdt"), and SERGEY PIROZHNIKOV ("Pirozhnikov") with respect to said Defendants' entitlement to receive the $2,494,051.03 on deposit with the Court Registry.

**2.     The sums to be awarded in this case from the funds on deposit in the Court Registry are:**

       a.  **$1,128,025.51 to Varwood;**

       b.  **$916,025.52 to RM;**

       c.  **$360,000.00 to Pirozhnikov; and**

       d.  **$90,000.00 to Schmdt.**

3.      The Clerk of the Court is directed to wire Varwood and RM's share of the funds in the Court Registry, which is equal to $2,044,051.03, to the Trust Account of the Behar Law Firm, P.A. The Clerk is directed to email Erasmina Pinero (np@beharlegal.com) to obtain wire instructions for The Behar Law Firm, P.A.

4.      The Clerk of the Court is directed to wire Pirozhnikov's share of the funds in the Court Registry, which is equal to $360,000.00, to Pirozhnikov's account. The Clerk is directed to email Richard Mooney (richard.mooney@rjmlitigation.com) to obtain wire instructions for Pirozhnikov.

5.      The Clerk of the Court is directed to wire Schmdt's share of the funds in the Court Registry, which is equal to $90,000.00, to Schmdt's account. The Clerk is directed to email Richard Mooney (richard.mooney@rjmlitigation.com) to obtain wire instructions for Schmdt.

6.      RM, Varwood, and Defendant/Cross-Plaintiff, Tcahai Katcaev's Cross-Claim against Schmdt is hereby **DISMISSED WITH PREJUDICE**.

7.      This stipulated final judgment, having been entered upon the agreement and consent of the parties, is not subject to appeal, and is not subject to amendment except upon the agreement of the parties.

8.      Each party shall bear its own attorneys' fees and costs.

9.      The Clerk of Court is instructed to **CLOSE** this case.

10.     All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Central Islip, New York this 19 day of July 2023.

s/ Lee G. Dunst
_____
**LEE G. DUNST**
**UNITED STATES MAGISTRATE JUDGE**

cc:     counsel of record